IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SMITH,

        Plaintiff,                  No. CIV S-10-762 KJM P

    vs.

PREETRANJAN SAHOTA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On April 7, 2010, this court denied plaintiff's motion for the appointment of counsel. Plaintiff has now filed a motion for reconsideration of that order. He reiterates the reasons for appointment set forth in the prior motion and adds that he has been relying on a particular inmate for assistance, but is going to be transferred away from that inmate. This additional fact does not change the court's initial ruling.

        IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration (docket no. 7) is denied.

DATED: April 30, 2010.

_____
U.S. MAGISTRATE JUDGE

2/smit0762.rc

1