IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SMITH,

        Plaintiff,                No. CIV S-10-0762 KJM CKD P

      vs.

ALAN NANGALAMA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. Section 1983.  On March 31, 2012, the district judge assigned to this case partially denied defendants' motion to dismiss.  Therefore, defendants shall file an answer to plaintiff's remaining claims within fourteen days of the filed date of this order.

Dated: April 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1