IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SMITH,** | Case No. 2:10-cv-00762 KJM CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **BEHROZ HAMKAR, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time, to and including August 29, 2012, to respond to Plaintiff's Request for Production of Documents, Set One (Dkt. No. 65), good cause appearing, is granted.

**IT IS ORDERED** that Defendants shall have up to and including August 29, 2012, to respond to Plaintiff's Request for Production of Documents, Set One.

\\\\\

\\\\\

\\\\\

Dated: August 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE