IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SMITH,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**BEHROZ HAMKAR, et al.,**<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00762 KJM CKD P<br><br>**ORDER** |

Defendants' request to conduct Plaintiff's deposition via videoconference (Dkt. No. 66), good cause appearing, is granted.

**IT IS ORDERED** that Defendants' counsel shall be permitted to take Plaintiff's deposition via videoconference.

Dated: August 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE