IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SMITH,** | Case No. 2:10-cv-00762 KJM CKD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **PREETRANJAN SAHOTA, et al.,** | |
| Defendants. | |

Defendants have filed a request to modify the scheduling order and for an extension of time to respond to Plaintiff's discovery requests.  (Dkt. No. 70.)

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' August 16, 2012 motion to modify the scheduling order and for an extension of time (Dkt. No. 70) is granted;

2. Defendants shall prepare and serve their responses to plaintiff's discovery requests by October 22, 2012;

3. The deadline for defendants to take plaintiff's deposition is October 22, 2012;

4. Any motions necessary to compel discovery shall be filed by November 12, 2012.  Pursuant to the May 8, 2012 Discovery and Scheduling Order (Dkt. No. 58), the deadline for propounding discovery requests has passed;

5. All pretrial motions, except motions to compel discovery, shall be filed on or before February 18, 2013.  Motions shall be briefed in accordance with paragraph 7 of this court's order filed July 28, 2010;

6. The May 8, 2012 Discovery and Scheduling Order (Dkt. No. 58) is vacated insofar as it conflicts with this order.  Otherwise it remains in effect.

Dated: August 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE