IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SMITH,

    Plaintiff,               No. 12:10-cv-0762 KJM CKD P

    vs.

PREETRAJAN SAHOTA, et al.,

    Defendants.         ORDER

_____/

        Pending before the court is plaintiff's motion to extend the discovery cut-off date, which was constructively filed on August 15, 2012 and docketed on August 24, 2012. (Dkt. No. 72.) On August 20, 2012, this court granted defendants' motion to modify the scheduling order, directing that "any motions necessary to compel discovery shall be filed by November 12, 2012," and noting that "the deadline for propounding discovery requests has passed." (Dkt. No. 71.)

        In his pending motion, which predates the August 20 order, plaintiff requests "60 additional days of discovery . . . to and including October 28, 2012." (Dkt. No. 72 at 2.) He bases this request on "the possibility" that defendants will not properly respond to his discovery requests. (Id.) He also seeks to pursue "additional discovery." (Id.)

        Per its August 20 order, the court advises plaintiff that he may file a motion to compel discovery responses by November 12, 2012; however, the deadline for propounding

1

discovery requests has passed and will not be reopened.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 24, 2012 motion to extend discovery (Dkt. No. 72) is denied as moot, in light of the court's August 20, 2012 order.

Dated: August 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
smit0762.ord2