IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**PREETRANJAN SAHOTA, et al.,**<br><br>Defendants. | Case No. 2:10-cv-0762 KJM CKD P<br><br>**ORDER STAYING CASE AND SETTING SETTLEMENT CONFERENCE** |

The Court has considered defendants' second request to modify the scheduling order so as to allow the parties to engage in settlement talks. Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to modify the scheduling order (Dkt. No. 74) is granted;

2. A settlement conference in this matter is set for 9 a.m. on February 7, 2013 before the Honorable Craig M. Kellison at the U.S. District Court, 501 I Street, Sacramento 95814 in Courtroom #2;

3. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.[i]

4. Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party or authorized person subject to this order to appear in

person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

     5. Deadlines for plaintiff's deposition, responses to plaintiff's discovery requests, and dispositive motions are stayed pending mediation, to be reset after mediation if necessary.

Dated: October 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[i] The individuals attending the mediation must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6 F. 3d 1385, 1396 (9th Cir. 1993). The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. Pittman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003). An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. Nick v. Morgan's Foods, Inc., 270 F.3d 590, 596-97 (8th Cir. 2001).