IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SMITH,

    Plaintiff,                      No. 2:10-cv-0762 KJM CKD P

    vs.

PREETRANJAN SAHOTA, et al.,

    Defendants.                  ORDER

_____/

       All parties have stipulated that this action be dismissed with prejudice. (Dkt. No. 78.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: March 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
smit0762.59c

1